Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Joe Hand Promotions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Martin Paul Krawetz, Jr., et al.,<br><br>Defendants. | CASE NO. CV 10-2174 SC<br><br>AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARTIN PAUL KRAWETZ, JR. and PATRICIA LEE SCHWARTZ, individually and d/b/a LIL' BISCUIT HOUSE |
|---|---|

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant MARTIN PAUL KRAWETZ, JR. and PATRICIA LEE SCHWARTZ, individually and d/b/a LIL' BISCUIT HOUSE, that the above-entitled action is hereby dismissed **without prejudice** against MARTIN PAUL KRAWETZ, JR. and PATRICIA LEE SCHWARTZ, individually and d/b/a LIL' BISCUIT HOUSE.

///
///
///
///
///

CV 10-2174 SC
PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 3, 2011, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 17, 2010

Please see attached.
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated:

Please see attached.
**FINE, BOGGS & PERKINS, LLP**
By: Jennifer M. Sike
Attorneys for Defendants
MARTIN PAUL KRAWETZ, JR. and
PATRICIA LEE SCHWARTZ, individually and d/b/a LIL' BISCUIT HOUSE

**IT IS SO ORDERED**:

_____          Dated:_____
**The Honorable Samuel Conti**
**United States District Court**
**Northern District of California**

1  IT IS FURTHER STIPULATED that provided no Party referenced above has
2  filed a motion to reopen this action by March 3, 2011, the dismissal shall be deemed to
3  be with prejudice.
4      This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each
5  Party referenced-above shall bear its own attorneys' fees and costs.

9  Dated: November 17, 2010
                    LAW OFFICES OF THOMAS P. RILEY, P.C.
10                  By: Thomas P. Riley
                    Attorneys for Plaintiff
11                  JOE HAND PROMOTIONS, INC.

15 Dated: 11/17/2010
                    FINE, BOGGS & PERKINS, LLP
16                  By: Jennifer M. Sike
                    Attorneys for Defendants
17                  MARTIN PAUL KRAWETZ, JR. and
18                  PATRICIA LEE SCHWARTZ, individually and
19                  d/b/a LIL' BISCUIT HOUSE

23 IT IS SO ORDERED:

                    Dated: 11/18/10

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION OF DISMISSAL
CV 10-2174
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 17, 2010, I served:

**AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARTIN PAUL KRAWETZ, JR. and PATRICIA LEE SCHWARTZ, individually and d/b/a LIL' BISCUIT HOUSE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ms. Jennifer M. Sike, Esquire (Attorneys for Defendants)
FINE, BOGGS & PERKINS, LLP
2450 S. Cabrillo Highway, Suite 100
Half Moon Bay, CA 94109

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 17, 2010, at South Pasadena, California.

Dated: November 17, 2010

INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 10-2174 SC
PAGE 3